UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MATT BELITZ, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:23-CV-350-KAC-DCP |
| D.C. FOUNTATIONS, INC., | ) |
| Defendant. | ) |

## JUDGMENT

In a Memorandum and Order, the Court **DISMISSED** this action with prejudice. Accordingly, the Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT